8106.  WESTERN AND ATLANTIC RAILROAD COMPANY v. NANCE.

LUKE, J.  1. While in some instances the charge of the court was not an accurate statement of the law, yet, when considered as a whole, it presents no reversible error of law.

2. The evidence authorized the verdict, and the court did not, for any of the reasons assigned, err in overruling the motion for a new trial.

Judgment affirmed. Wade, C. J., and George, J., concur.
DECIDED SEPTEMBER 13, 1917.

Action for damages; from Catoosa superior court—Judge Fite. July 28, 1916.

Tye, Peeples & Tye, Maddox, McCamy & Shumate, M. L. Harris, for plaintiff in error.

Atkinson & Born, J. R. Johnston, contra.